UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
IN RE:                                                              Case No.: 19-42119-ess

    VERONICA WHITE,

        Debtor(s)                                            CHAPTER 7
-------------------------------------------------------------X

## LOSS MITIGATION REQUEST – BY DEBTORS

I am the Debtor in this case. I hereby request to enter into the Loss Mitigation Program with respect to

    241-41 148 Drive, Rosedale, NY 11422

    Mr. Cooper, Loan Number 5368

SIGNATURE: _[signature]_
               Veronica White

I understand that if the Court orders loss mitigation in this case, I will be expected to comply with the Loss Mitigation Procedures. I agree to comply with the Loss Mitigation Procedures and participate in the Loss Mitigation Program in good faith. I also understand that loss mitigation is voluntary for all parties, and that I am not required to enter into any agreement or settlement with any other party as part of entry into the Loss Mitigation Program. I also understand that no other party is required to enter into any agreement or settlement with me. I understand that I am not required to request dismissal of this case as part of any resolution or settlement that is offered or agreed to during the Loss Mitigation Period.

Debtor: _[signature]_

Date: May 19th, 2019

Print Names: Veronica White

Telephone Number: (718) 481-6708

E-mail Address [if any]: _____