Case 1-19-42119-ess    Doc 20    Filed 06/03/19    Entered 06/03/19 13:33:11

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

In Re:

Veronica White

        Debtor

**AFFIDAVIT OF SERVICE**

Case No.: 19-42119-ess
(Chapter 7)

Assigned to:
Hon. Elizabeth S. Stong
Bankruptcy Judge

STATE OF NEW YORK      )
COUNTY OF ERIE         ) SS:
CITY OF BUFFALO        )

Ashley Nemec, being duly sworn, deposes and says that he/she is over eighteen years of age and resides in the Town of Gasport, New York.

That on June 3, 2019, deponent served the within Affirmation in Opposition to Loss Mitigation Request by depositing a true copy thereof, properly enclosed in a securely closed and duly post paid wrapper in a depository regularly maintained by the United States Postal Service in the City of Buffalo, New York, directed as follows:

Veronica White  Debtor
24141 148th Drive
Rosedale, NY 11422

Michael L Previto, Esq.  Debtor Attorney
535 Broadhollow Road
Melville, NY 11747

Robert J. Musso Chapter 7 Trustee
26 Court Street, Suite 2211
Brooklyn, NY 11242

United States Trustee    U.S. Trustee
201 Varick Street, Suite 1006
New York, NY 10014

*/s/ Ashley Nemec*
Ashley Nemec

Sworn to before me this the 3rd day
Of June, 2019

*/s/ Gabrielle E. Rude*
Gabrielle E. Rude
Notary Public

GABRIELLE E. RUDE
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN ERIE COUNTY
My Commission Expires July 25, 2019